**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00048-MR-DLH**

| | | |
|---|---|---|
| **KAREN M., on her behalf and on behalf of her son, NOAH M.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) | **O R D E R** |
| | ) ) | |
| **THE BOARD OF EDUCATION FOR CHEROKEE COUNTY, a/k/a Cherokee County Public Schools,** | ) ) ) ) | |
| **Defendant.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Mediator's Report advising

that this matter has been settled.  [Doc. 22].

In light of the Mediator's Report, the Court hereby enters the following

Order.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs shall have thirty (30)

days from the entry of this Order to file a motion for approval of the minor

settlement.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Dismiss

[Doc. 8] and the pending Objections [Docs. 16, 17] to the Magistrate Judge's

Memorandum and Recommendation [Doc. 15] are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** Signed: March 17, 2016

Martin Reidinger
United States District Judge