# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15cv48

| | |
|---|---|
| KAREN M., on her behalf and on behalf Of her son, NOAH M., <br><br> Plaintiff, <br><br> v. <br><br> THE BOARD OF EDUCATION FOR CHEROKEE COUNTY a/k/a CHEROKEE COUNTY PUBLIC SCHOOLS, <br><br> Defendant. | ORDER |

Pending before the Court is the Motion to Seal [# 26]. Plaintiff requests leave to file documents related to the minor settlement in this case under seal. Defendant consents to the motion. Upon a review of the record, the motion, and the relevant legal authority, the Court **GRANTS** the motion [# 26]. Plaintiff may file the settlement documents under seal, and the documents shall remain under seal until further Order of this Court.

Signed: April 7, 2016

Dennis L. Howell
United States Magistrate Judge